UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-390- JVS<br>SACV 07-684-JVS | Date | March 5, 2008 |
| Title | In re South Coast Oil Corporation | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **March 28, 2008** why this action should not be dismissed for lack of prosecution.

    This Order is based upon appellant's failure to file the documents required by Rule 8002, et seq. of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

    __    Designation of Record

    __    Statement of Issues on Appeal

    __    Filing of Notice Regarding Ordering of Transcript

    __    Reporter's transcript

    X    Appellant's opening brief

    X    Appellee's opening brief

    X    Appellant's reply brief

    If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court also.

                                                                                      :    00

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-390- JVS<br>SACV 07-684-JVS | Date | March 5, 2008 |
| Title | In re South Coast Oil Corporation | | |

Initials of Preparer    kjt